# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3196
LT Case Nos. 35-2025-MM-000187-A
35-2025-MM-001844-A

_____

TRISTAN C. KANE'TARQUINIO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Lake County.
Sarah Josephine Jones, Judge.

Tristan C. Kane'Tarquinio, Tavares, pro se.


James Uthmeier, Attorney General, Tallahassee, and Kurt T. Koehler, Assistant Attorney General, Daytona Beach, for Appellee.

February 24, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and WALLIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____